# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **Pamela Jenkins,** | Bankruptcy No. 24-01889 |
| Debtor. | Honorable Timothy A. Barnes |

## AMENDED NOTICE OF MOTION

**Please take notice that,** on **Thursday, June 13, 2024, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Timothy A. Barnes, or any judge sitting in her place and stead, **either** in courtroom 744 of the Everett McKinley Dirksen Courthouse, 219 S. Dearborn, Chicago, IL 60604, **or** electronically as described below, and shall then and there present the **Motion to Authorize Rule 2004 Examination of BMO Bank N.A.,** a copy of which is attached hereto and herewith served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and passcode.** The meeting ID is 161 329 5276 and the password is 433658. The zoom information can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: June 6, 2024 **Pamela Jenkins**

By: */s/ Justin R. Storer*
One of Her Attorneys

Justin R. Storer (6293889)
**FACTORLAW**
105 W. Madison, Suite 2300
Chicago, IL 60602
Tel:    (312) 373-7226
Fax:    (847) 574-8233
Email:  jstorer@wfactorlaw.com

## CERTIFICATE OF SERVICE

I, Justin R. Storer, an attorney,

☒ an attorney, certify

—or—

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this amended notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on June 6, 2024 at 5:00 p.m.

<i>/s/ Justin R. Storer</i>

## SERVICE LIST

**Non-Registrants**
(Service via U.S. Mail and certified mail, return receipt requested)

BMO Bank, N.A.
Attn: Darrel Hackett, Chief Executive Officer
320 S. Canal St.
Chicago, IL 60605

{00228233}